IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DONALD SIMPSON,

                Defendant.

ORDER

20-cr-76-jdp

---

At a plea and sentencing hearing held on June 25, 2021, this court sentenced defendant Donald Simpson to a 10-month term of imprisonment. Defendant Simpson has been in federal custody since August 28, 2020. When given credit for all the time he served since his arrest in the Middle District of Georgia, his release date is Monday, June 28, 2021.

IT IS ORDERED defendant Donald Simpson is sentenced to time served as of June 28, 2021.

Entered June 25, 2021.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge